**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

WILL E. CLARK, Register No. 156733,    )
                                               )
                 Plaintiff,          )
                                               )
                 v.               )       No. 06-4012-CV-C-SOW
                                               )
C.O. NEFF, et al.,                    )
                                             )
                 Defendants.    )

### ORDER

On February 14, 2006, the United States Magistrate Judge recommended that plaintiff be denied leave to proceed in forma pauperis and his claims be dismissed, pursuant to 28 U.S.C. § 1915(g), because plaintiff has had three or more cases or appeals dismissed as frivolous or for failure to state a claim. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on March 1, 2006, in which plaintiff requests leave to pay the full filing fee. Plaintiff paid the filing fee in full on March 30, 2006. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted, in part.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's February 14, 2006 Report and Recommendation is adopted, in part, and plaintiff is denied leave to proceed in forma pauperis [1, 6]. It is further

ORDERED that plaintiff take steps to obtain waivers of service of process, or make arrangements for timely service of process on defendants as set forth in the Federal Rules of Civil Procedure. It is further

ORDERED that the clerk of court forward appropriate process forms to plaintiff.


/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: April 11, 2006

2